# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-23-00569-CV

**Leo Graves and Sheril Slade, Appellants**

**v.**

**Texas Education Agency, Carthage Independent School District, and
Carthage Jr. High School, Appellees**

---

**FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
NO. D-1-GN-23-003011, THE HONORABLE JESSICA MANGRUM, JUDGE PRESIDING**

---

## ORDER AND MEMORANDUM OPINION

**PER CURIAM**

Appellants Leo Graves and Sheril Slade appeal the trial court's orders granting the pleas to the jurisdiction of Texas Education Agency and Carthage Independent School District and dismissing appellants' claims against them with prejudice. On January 5, 2024, this Court sent a notice to appellants informing them that the reporter's record was overdue, and we requested that appellants respond to the notice by January 16, 2024. To date, we have not received a response and appellants have failed to pay or make arrangements to pay the reporter's fee to prepare the reporter's record.

Appellants' brief was originally due on February 5, 2024. On March 4, 2024, this Court sent a notice to appellants informing them that their brief was overdue and that the failure to file a satisfactory response by March 14, 2024, would result in the dismissal of this appeal for want of prosecution. To date, appellants have not filed a brief or motion for extension of time.

Before the Court is appellee Carthage Independent School District's and Carthage Jr. High School's motion to dismiss the appeal.[1] In the motion, Carthage Independent School District (CISD) argues that the appeal should be dismissed for want of prosecution. However, counsel for CISD recites in the certificate of conference that he was not able to contact appellants' counsel. CISD's counsel further states in the certificate of conference that he believes that appellants' counsel "passed away in December 2023, and no one shared the information with the undersigned or the Court," and that there are no other attorneys in that firm.

We abate the appeal until further order of this Court and remand the cause to the 200th District Court of Travis County (trial court) for further proceedings. Within ten days of the date of this order, the trial court shall issue notice of a hearing and shall conduct a hearing within sixty days of this order to determine the following:

1. whether appellants desire to prosecute the appeal; and, if so,

2. the name, address, phone number, email, and state bar number of the counsel who will represent appellants on appeal.

We further order the trial court to issue findings of fact addressing these two issues, and to cause to be developed a supplemental clerk's record containing the findings of fact. Within thirty days of the date of the hearing, the trial court shall file the supplemental clerk's record with the Clerk of this Court. The parties shall file a status report with this Court no later than ten days after the supplemental clerk's record is filed with this Court.

It is so ordered on May 31, 2024.

---

[1] Carthage Independent School District asserts in the motion that Carthage Jr. High School is not a legal entity or person, but rather a building.

Before Chief Justice Byrne, Justices Smith and Theofanis

Abated and Remanded

Filed: May 31, 2024